## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| PRINCETON DIGITAL IMAGE CORPORATION v. | Case No. |
|---|---|
| OFFICE DEPOT INC. | 1-13-cv-239-LPS |
| J.C. PENNEY COMPANY, INC. | 1-13-cv-287-LPS |
| QVC INC | 1-13-cv-288-LPS |
| SEARS HOLDINGS COMPANY | 1-13-cv-289-LPS |
| LIMITED BRANDS, INC., | 1-13-cv-326-LPS |
| GAP Inc. | 1-13-cv-330-LPS |
| WILLIAMS-SONOMA INC. | 1-13-cv-331-LPS |
| COSTCO WHOLESALE CORP. | 1-13-cv-404-LPS |
| NORDSTROM.COM LLC ET AL. | 1-13-cv-408-LPS |

## [ALTERNBATIVE PROPOSED] FINAL JUDGMENT

Adobe having advised the Court that judgment is in order from which Adobe can take appeal,

Adobe's request for entry of final judgment is GRANTED, without prejudice to Adobe's ability to appeal. Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Final judgment is entered for PDIC and against Adobe.

2. Adobe and PDIC expressly reserve the right to appeal from this judgment, including any interlocutory orders of the Court.

_____
Chief United States District Judge